No. 941. SOUTHERN BOULEVARD R. Co. *v.* NEW YORK CITY. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Alfred T. Davison* and *Reynolds Robertson* for petitioner. *Messrs. Paul Windels, Paxton Blair, Sol Charles Levine,* and *Meyer Bernstein* for respondent.

No. 784. KITCHER *v.* SHERWOOD. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney P. Simons* for petitioner. *Mr. D. Harold Cotter* for respondent.

No. 885. COPLIN ET AL. *v.* UNITED STATES. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Nat Schmulowitz* and *Fred Horowitz* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron, W. Marvin Smith,* and *Allen E. Throop* for the United States.

No. 1004. WEIBERT *v.* CALIFORNIA. June 1, 1937. Petition for writ of certiorari to the District Court of Appeal, 2nd Appellate District, of California, and motion for leave to proceed further *in forma pauperis* denied. *Mr. A. K. Shipe* for petitioner. No appearance for respondent.

No. 1037. MADISON ET AL. *v.* PHILLIPS PETROLEUM Co. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and mo-